**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  PETER SAUNDERS                                    Case Number: 07-71230
        1331 CUNAT COURT, UNIT 2C           SSN-xxx-xx-2461
        LAKE IN THE HILLS, IL  60156

                                                          Case filed on:      5/21/2007
                                                          Plan Confirmed on:
                            U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,674.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BOUDREAU & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PETER SAUNDERS | 0.00 | 0.00 | 1,674.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,674.00 | 0.00 |
| 001 | PRAIRIE POINT MANORS CONCO ASSOC | 8,703.82 | 0.00 | 0.00 | 0.00 |
| 002 | WELLS FARGO HOME MORTGAGE | 11,392.07 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 20,095.89 | 0.00 | 0.00 | 0.00 |
| 001 | PRAIRIE POINT MANORS CONCO ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AFNI - BLOOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | KCA FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 183.70 | 183.70 | 0.00 | 0.00 |
| 009 | BOUDREAU & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 183.70 | 183.70 | 0.00 | 0.00 |
|  | Grand Total: | 20,279.59 | 183.70 | 1,674.00 | 0.00 |

Total Paid Claimant:      $1,674.00
Trustee Allowance:        $0.00            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00             discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan